**LAW OFFICES OF RAHUL WANCHOO**
Attorneys for Plaintiff
Copenship A/S
350 Fifth Avenue, Suite 3304
New York, New York 10118
Phone: (201) 882-0303
Fax:   (201) 301-3576
E-mail: rwanchoo@wanchoolaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

COPENSHIP A/S

                Plaintiff,

      - against -

FINAGRIT S.R.L.

                Defendant.

-------------------------------------------------------X

ECF CASE

07-CV-8068 (GEL)

**RULE 7.1 STATEMENT**

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Copenship A/S represents to this Honorable Court that said Plaintiff does not have a corporate parent and any publicly held corporation that owns 10% or more of its stock.

Dated: New York, New York
       September 14, 2007

                                      **LAW OFFICES OF RAHUL WANCHOO**
                                      Attorneys for Plaintiff
                                      COPENSHIP A/S

                              By: _____
                                    Rahul Wanchoo (RW-8725)