Michael O. Hardison
EATON & VAN WINKLE LLP
3 Park Avenue
New York, New York 10016-2078
(212) 779-9910

Attorneys for Defendant
Finagrit S.R.L.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
COPENSHIP A/S,

                Plaintiff,

   -against-                              07 Civ. 8068 (GEL)
                                          ECF CASE

FINAGRIT S.R.L.,

                Defendant.
----------------------------------------------------------x

## RULE 7.1 STATEMENT

Pursuant to the provisions of Rule 7.1(a) of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are the corporate parents, subsidiaries, or affiliates of such parties which are publicly held in the United States:

**NONE**

Dated: New York, New York
       October 9, 2007

EATON & VAN WINKLE LLP

By: _____
      Michael O. Hardison

3 Park Avenue
New York, New York 10016-2078
(212) 779-9910

Attorneys for Defendant
Finagrit S.R.L.