UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/08

COPENSHIP A/S

    Plaintiff,

  - against -

FINAGRIT S.R.L.

    Defendant.

------------------------------------------------------------X

ECF CASE

07 Civ. 8068 (GEL)

**STIPULATION AND ORDER**

  WHEREAS, on or about September 14, 2007, Plaintiff Copenship A/S commenced this action by filing its Verified Complaint; and

  WHEREAS, on or about September 14, 2007, the Court issued its Ex Parte Order of Maritime Attachment directing, *inter alia*, the issuance of Process of Maritime Attachment and Garnishment against property belonging to Defendant Finagrit S.R.L. ("Defendant") found within the District and up to an amount of $181,480.49; and

  WHEREAS, on or about September 18, 2007, Process of Maritime Attachment and Garnishment against Defendant in the amount of $181,480.49 was issued; and

  WHEREAS, Process of Maritime Attachment and Garnishment was served on certain garnishee banks including JP Morgan Chase Bank ("Chase"); and

  WHEREAS, on or about September 28, 2007, Chase restrained funds belonging to Defendant in the amount of $2,975.00; and

  WHEREAS, on or about October 9, 2007, Defendant filed a verified answer and counterclaim solely to obtain counter-security for its counterclaim; and

  WHEREAS, on January 29, 2008 it was agreed between the parties that Plaintiff would offer Defendant counter-security by way of a Protection and Indemnity Club Letter of Undertaking ("Club LOU") in the amount of $2,975.00; and

WHEREAS, Plaintiff has now provided Defendant with counter-security by way of a Club "LOU" in the amount of $2,975.00; and

WHEREAS, Defendant has now deposited $2,975.00 into an escrow account created by the firm of Eaton & Van Winkle LLP to serve as substitute security for Defendant's funds under attachment at Chase;

IT IS HEREBY

ORDERED, that the Process of Maritime Attachment and Garnishment, issued on or about September 18, 2007, be and the same hereby is vacated; and it is further

ORDERED, that the Ex Parte Order of Maritime Attachment, dated on or about September 14, 2007, be and the same hereby is vacated; and it is further

ORDERED, that Garnishee JP Morgan Chase Bank be and hereby is directed to remit the attached funds of Defendant Finagrit S.R.L. in the full amount of $2,975.00 pursuant to instructions to be furnished by Defendant Finagrit S.R.L.'s counsel; and it is further

ORDERED, that the captioned action be and the same hereby is discontinued without prejudice and without costs to either party.

| | |
|---|---|
| Law Offices of Rahul Wanchoo<br>Attorneys for Plaintiff<br><br>_Rahul Wanchoo_<br>Rahul Wanchoo, Esq.<br>350 Fifth Avenue, 59th Floor<br>New York, NY 10118<br>(201) 882-0303 – phone<br>(212) 618-0213 – facsimile<br>rwanchoo@wanchoolaw.com | Eaton & Van Winkle LLP<br>Attorneys for Defendant<br><br>_Michael O. Hardison_<br>Michael O. Hardison, Esq.<br>3 Park Avenue<br>New York, NY 10016<br>212-561-3606 – phone<br>212-779-9928 – facsimile<br>mhardison@evw.com |

SO ORDERED:

_Gerard E. Lynch_
GERARD E. LYNCH, U.S.D.J.
3/6/08

2